# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| | } |
| | } |
| ZUAITER COMPANY, INC. } Case No. 20-82554-CRJ-11 | |
| EIN: XX-XXX3875 } | |
| } Chapter 11, Subchapter V | |
| Debtor(s) } | |

## ORDER TO SHOW CAUSE WHY
## CASE SHOULD NOT BE DISMISSED FOR FAILURE
## TO COMPLY WITH 11 U.S.C. § 1116(1)

On December 10, 2020, the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11, Title 11 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 1116(1), the Debtor was required to "(1) append to the voluntary petition or, in an involuntary case, file not later than 7 days after the date of the order for relief - (A) its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or (B) a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed." The Debtor failed to file the required documents or a statement under penalty of perjury that the documents have not been prepared or that no Federal tax return has been filed.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that counsel for the Debtor must appear telephonically on **January 6, 2021** at **1:30 p.m.** before the Honorable Clifton R. Jessup, Jr. and show cause why the above styled case should not be dismissed for failure to comply with 11 U.S.C. § 1116(1).

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated this the 14th day of December, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge