IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| IN RE: | ) |
| --- | --- |
| | ) |
| Zuaiter Company, Inc. | ) CASE NO. Click or tap here to enter text. |
| EIN#: 63-1223875 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## **AFFIDAVIT OF OSAMA M. ZUAITER, PRESIDENT OF ZUAITER COMPANY, INC.**

Personally appeared before me, OSAMA M. ZUAITER, individually, and as President of Zuaiter Company, Inc., who, under oath, gives the following statement:

"My name is Osama M. Zuaiter. I am over the age of nineteen (19) years, of sound mind and a resident citizen of Madison, Madison County, Alabama. I am President of Zuaiter Company, Inc., an Alabama Corporation. This statement is made pursuant to U.S.C. 11 Section 1116(1)(B) under penalty of perjury.

This affidavit is made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal Tax Returns have been filed in the last three (3) years for Zuaiter Company, Inc."

Dated this \_1\_ day of December, 2020.

_____
Osama M. Zuaiter as President of
Zuaiter Company, Inc.

STATE OF ALABAMA    )
                    )
COUNTY OF MADISON   )

Sworn before me this the \_1\_ day of December, 2020.

_____
Notary Public
My Commission Expires: 12-7-22